## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID KISSI,

          Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

          Defendant.

Case No. 25-cv-3782 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's requests for leave to file, ECF 26; ECF 28, are **DENIED**; and it is further

**ORDERED** that Plaintiff's request for leave to file an application to proceed *in forma pauperis*, ECF 27, is **GRANTED**, but the application itself is **DENIED** as moot; and it is further

**ORDERED** that Defendant's motion to dismiss, ECF 12, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 29, 2026